IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHINITA WASHINGTON, individually and on behalf of the classes defined herein,<br><br>    Plaintiff,<br><br>v.<br><br>RJM ACQUISITIONS, LLC,<br><br>    Defendant. | Case No.: 08 CV 2825<br><br>Judge Aspen |

**NOTICE OF MOTION**

To:  Cassandra Miller
     Dan Edelman
     Edelman Combs Latturner & Goodwin, LLC
     120 S. LaSalle Street, 18th fl.
     Chicago, IL 60602

PLEASE TAKE NOTICE that on the **26th day of June, 2008 at 10:30 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Marvin E. Aspen or any Judge sitting in his stead in Courtroom 2568 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time and to Reset the Initial Status Hearing,** a copy of which is hereby served upon you.

                                    Respectfully submitted
                                    By: /s/Corinne C. Heggie
                                    One of the Attorneys for Defendant,
                                    **RJM Acquisitions, LLC**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000