IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHINITA WASHINGTON, individually and on behalf of the classes defined herein, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 08 CV 2825<br>) |
| RJM ACQUISITIONS, LLC, | ) Judge Aspen<br>)<br>) |
| Defendant. | )<br>) |

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, on oath state that on **June 23, 2008** I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time and to Re-Set the Initial Status Hearing and Notice of Motion** via electronic mail to the following:

Cassandra Miller
Dan Edelman
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Fl.
Chicago, IL 60602
cmiller@edcombs.com

                                            Respectfully submitted
                                            By: /s/Corinne C. Heggie
                                            One of the Attorneys for Defendant,
                                            **RJM Acquisitions, LLC**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000