UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Chinita Washington
                Plaintiff,

v.                             Case No.: 1:08−cv−02825
                                          Honorable Marvin E. Aspen

RJM Acquisitions, LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/23/08:Agreed Motion for extension of time [12] and to re−set the initial status hearing is granted. Motion terminated. Defendant(s) is given up to and including 7/14/08 in which to answer or otherwise plead to plaintiff's complaint. The status hearing set for 7/3/08 is reset to 7/24/2008 at 10:30 AM. The motion hearing set for 6/26/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.