IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHINITA WASHINGTON, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 08 CV 2825 |
| v. | ) ) Judge Aspen |
| RJM ACQUISITIONS, LLC, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF MOTION**

To: Cassandra Miller
Dan Edelman
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, IL 60602

PLEASE TAKE NOTICE that on the **10th day of July 2008 at 10:30 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Marvin E. Aspen or any Judge sitting in his stead in Courtroom 2568 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for an Enlargement of Time and to Reset the Initial Status Hearing,** a copy of which is hereby served upon you.

Respectfully submitted
By: /s/Corinne C. Heggie
One of the Attorneys for Defendant,
**RJM Acquisitions, LLC**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6338222v1 889592