# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Chinita Washington, et al.

                              Plaintiff,

v.                                              Case No.: 1:08–cv–02825
                                                Honorable Marvin E. Aspen

RJM Acquisitions, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

        MINUTE entry before the Honorable Marvin E. Aspen dated 7/14/08:Agred
Motion for extension of time [18] and to reset the initial status hearing is granted. Motion
terminated. Defendant RJM Acquisition, LLC is given up to and including 8/5/08, in
which to file its responsive pleading to plaintiff's amended complaint. The status hearing
set for 7/24/08 is reset to 8/21/2008 at 10:30 AM. The motion hearing set for 7/15/08 is
stricken.Judicial staff maield notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.