IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHINITA WASHINGTON and ZULFIGAR A. ALvI, individually and on behalf of the classes defined herein,<br><br>Plaintiffs,<br><br>v.<br><br>RJM ACQUISITIONS LLC,<br><br>Defendant. | Case No.: 08 CV 2825<br><br>Judge Aspen |

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, RJM Acquisitions LLC, states as follows:

1. RJM Acquisitions LLC has no parent corporation.

2. No publicly held corporation owns 10% or more of RJM Acquisitions LLC's stock.

                                                                                              Respectfully Submitted,

                                                                                              _s/Corinne C. Heggie_____
                                                                                              One of the attorneys for Defendant,
                                                                                              **RJM Acquisitions LLC**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHINITA WASHINGTON, individually and on behalf of the classes defined herein,<br><br>   Plaintiff,<br><br>v.<br><br>RJM ACQUISITIONS, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Case No.: 08 CV 2825<br>)<br>) Judge Aspen<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

  I, the undersigned, an attorney, on oath state that on **August 5, 2008** I served the above and foregoing **Federal Rule 7.1 Disclosure Statement and Answer to First Amended Complaint** via electronic mail to the following:

Cassandra Miller
Dan Edelman
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Fl.
Chicago, IL 60602
cmiller@edcombs.com

                Respectfully submitted
                By: /s/Corinne C. Heggie
                One of the Attorneys for Defendant,
                **RJM Acquisitions, LLC**

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6347969v1 62611